■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNELL McMILLAN, Appellant. [610 NYS2d 785] —Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered December 7, 1992, convicting defendant, after a jury trial, of

robbery in the first degree, and sentencing him, as a second violent felony offender, to a term of 7 to 14 years, unanimously affirmed.

The record indicates that, contrary to defendant's claim, he was present at the *Sandoval* hearing. Concur—Sullivan, J. P., Kupferman, Asch, Williams and Tom, JJ.